IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 99-cr-00439-JLK-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. YOLANDA LOUISE JEFFERSON,

      Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Yolanda Louise Jefferson before a United States District Court Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

SO ORDERED this 17th day of December, 2008.

~~JOHN L. KANE, SENIOR JUDGE~~
~~UNITED STATES DISTRICT COURT~~
~~DISTRICT OF COLORADO~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO