# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| YOLANDA LOUISE JEFFERSON ) | Case No: 99-cr-00439-JLK-2 |
| ) | USM No: 29361-013 |
| Date of Previous Judgment: March 16, 2004 ) | Darren R. Cantor, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __180 months__ **is reduced to** __150 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 235 to 293 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __March 16, 2004, shall remain in effect.__
**IT IS SO ORDERED**.

Order Date: March 3, 2009                                                                           *s/John L. Kane*
                                                                                                                          Judge's signature

Effective Date: _____                                        John L. Kane, Senior U.S. District Court Judge
               (if different from order date)                                                              Printed name and title